# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: William Knudson<br>Attorney at Law, Bar No. 5690 | Case No. 2:19-ms-00091<br>ORDER OF SUSPENSION |

On October 31, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of November 1, 2019. The OSC provided Mr. Knudson with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Knudson. Failure to respond within thirty 30 days warrants an Order of Suspension. See LR IA 11-7.

It is therefore ordered that William Knudson, Bar No. 5690, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 5th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 5th day of December 2019, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> William Knudson
> 840 S. Rancho Dr.
> Las Vegas, NV 89106

Certified Mail No.: 7019 0700 0001 7574 6505

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada